FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>NOE VILLASENOR,<br><br>                    Defendant. | NO.:   07- 1559M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i) |

                              I.

A.    ( )   On motion of the Government involving an alleged

            1.( )      crime of violence;

            2.( )      offense with a maximum sentence of life
                       imprisonment or death;

            3.( )      narcotic or controlled substance offense with a
                       maximum sentence of ten or more years;

            4.( )      felony - the defendant has been convicted of two
                       or more prior offenses described above.

Deten.ord

B.   On motion (X) by the Government/( ) by the Court <u>sua sponte</u>
     involving:

1. (X)      a serious risk that defendant will flee;
2. ( )      a serious risk that defendant will
     a.   ( )   obstruct or attempt to obstruct justice;
     b.   ( )   threaten, injure or intimidate a prospective
               witness or juror or attempt to do so.

C.   The Government ( ) is/( ) is not entitled to a rebuttable
     presumption that no condition or combination of conditions
     will reasonably assure the defendant's appearance as
     required and the safety of any person or the community.


                              II.

The Court finds that no condition or combination of conditions
will reasonably assure:

A.   (X)   the appearance of the defendant as required;
                         and/or
B.   (X)   the safety of any person or the community.


                             III.

The Court has considered:

A.   (X)   the nature and circumstances of the offenses;
B.   (X)   the weight of evidence against the defendant;
C.   (X)   the history and characteristics of the defendant;
D.   (X)   the nature and seriousness of the danger to any person
           or the community.

Deten.ord                          2

IV.

The Court has considered all the evidence adduced at the hearing, the argument or statements of counsel, and the Report of Pre-Trial Services.

V.

The Court finds that:

A.   (X)   The defendant poses a risk to the safety of other persons or the community because: *of the seriousness of the allegations in this case and his prior criminal history.*

B.   (X)   The history and characteristics of the defendant indicate a serious risk that the defendant will flee because: *there are no known bail resources at this time, and there is an outstanding warrant for his arrest on a state charge.*

C.   ( )   A serious risk exists that the defendant will:

    1.   ( )   obstruct or attempt to obstruct justice;

    2.   ( )   threaten, injure or intimidate a witness or juror;

    3.   ( )   attempt to threaten, injure or intimidate a witness or juror;

    because: _____

_____

_____

Deten.ord

3

1     D.    ( )   The defendant has not rebutted by sufficient evidence

2                 to the contrary the presumption provided in 18 U.S.C.

3                 § 3142(e).

4

5     **IT IS ORDERED** that the defendant be detained prior to trial.

6     **IT IS FURTHER ORDERED** that the defendant be confined as far as

7  practicable in a corrections facility separate from persons awaiting

8  or serving sentences or persons held pending appeal.

9     **IT IS FURTHER ORDERED** that the defendant be afforded reasonable

10 opportunity for private consultation with counsel.

11

12    DATED:  _September 19, 2007_

13

14                              _Margaret A. Nagle_

15                              MARGARET A. NAGLE
                               United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28  Deten.ord                           4